AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Teresa Sanders <br> *Plaintiff* <br> v. <br> Commissioner of Social Security Administration <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 2:09-1845-HFF-RSC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Robert S. Carr is adopted and incorporated. It is Ordered and Adjudged that the decision of the Commissioner is Reversed and the case is Remanded to the Commissioner under Sentence Four 42 U.S.C. § 405(g) for further consideration.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry F Floyd, United States District Judge.

Date: September 30, 2010

*CLERK OF COURT* Larry W. Propes

*Signature of Clerk or Deputy Clerk*